# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Georgianna Lebrun | ) | Case No: 14 C 10232 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Blitt and Gaines P.C. | ) | |
| | ) | |

## **ORDER**

Status hearing held. Defendant's motion to dismiss [10] is entered and briefed as follows: response by 3/31/15, reply by 4/14/15. Status hearing/ruling is set for 6/18/15 at 9:30 a.m. No appearance is needed on 3/18/15.

(T:) 00:05

Date:  3/3/15                                                                                  /s/ Judge John W. Darrah